FILED

06 NOV -3 AM 10:43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: \_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

06 MJ 2023

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE PREMISES DESCRIBED AS: ) <br> ) <br> 117 H Street, Brawley, California ) <br> 92227 ) <br> ) | Magistrate Case No. <br><br> ORDER SEALING SEARCH WARRANT; AND THE APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT |

*ORDERED SEALED*

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the search warrant; and the application and affidavit for search warrant; and this order be sealed until further order of the Court.

IT IS FURTHER ORDERED that a copy of the search warrant may be left at the premises searched.

DATED: 10/20/06.

HONORABLE LOUISA S. PORTER
United States Magistrate Judge

Presented by:

CAROL C. LAM
United States Attorney

*Stacey Sullivan*
STACEY H. SULLIVAN
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE PREMISES DESCRIBED AS:<br><br>117 H Street, Brawley, California 92227 | ) Magistrate Case No.<br>)<br>) **MOTION FOR**<br>) **ORDER SEALING SEARCH**<br>) **WARRANT; AND THE**<br>) **APPLICATION AND AFFIDAVIT**<br>) **FOR SEARCH WARRANT**<br>)<br>)<br>)<br>) |

The UNITED STATES OF AMERICA for good cause appearing, hereby moves this court for an order that the search warrant; the application and affidavit for search warrant; and the sealing order be sealed until further order of the Court.

DATED: _____.

HONORABLE LOUISA S. PORTER
United States Magistrate Judge

Presented by:

CAROL C. LAM
United States Attorney

*/s/ Stacey Sullivan*

STACEY H. SULLIVAN
Assistant U.S. Attorney